POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Arthur W Lazear, 83603<br>HOFFMAN & LAZEAR<br>180 Grand Ave. Suite 1550<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 763-5700<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: KRZYZANOWSKI, et al. | CASE NUMBER:<br>C07-05362 |
|---|---|
| DEFENDANT/RESPONDENT: ORKIN EXTERMINATING COMPANY, INC.; et al. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>KRZYZANOWSKI |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Complaint, Civil Case Cover Sheet, Summons In A Civil Case, Order Setting Initial CMC & ADR Deadlines, Order of the Chief Judge RE_Electronic Filing in Cases with Unrepresented Parties, Consent to Proceed Befor US Magistrate Judge, Declination to Proceed Before a Magistrate Judge, ADR Certification by Parties & Cour Form, ADR Packet Northern California Federal Court, See Attachment

3. a. Party served: ROLLINS, INC.

   b. Person Served: Becky DeGeroge of Prentice-Hall Corp. System, Inc. - Person authorized to accept service of process

4. Address where the party was served: 2730 Gateway Oaks Drive Suite 100
   Sacramento, CA 95833

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): October 22, 2007   (2) at (time): 1:55 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   ROLLINS, INC.

   under:   CCP 416.10 (corporation)

7. Person who served papers
   a. Name: Tyler Dimaria
   b. Address: One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 30.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 2006-06
         (iii) County SACRAMENTO

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: October 23, 2007

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                             (SIGNATURE)

Form Adopted for Mandatory Use                                                                    Code of Civil Procedure, § 417.10
Judicial Council of California POS-010        PROOF OF SERVICE OF SUMMONS
[Rev. Jan 1, 2007]                                                                                FF# 6650371

Attachment:

ECF Registration Information Handout, General Order No. 40, General Order No. 45, General Order No. 53, Instructions for Completion of ADR Forms Regarding Selection of and ADR Process, Magistrate Larson Notices, Notice of Assignment of Case to a US Magistrate Judge, Notice of Electronic Availability of Case File Information, Notice of Lawsuit & request for Waiver of Service of Summons, Notice of Need for ADR Phone Conference, Public Notice, Standing Order of ALL USDC Judges, Stipulation and [PROPOSED] Order Selecting ADR Process, Waiver of Service of Summons, Welcome to the USDC San Francisco