UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KRZYZANOWSKI and ILEANA KRZYZANOWSKI on behalf of themselves and all others similarly situated,<br>    Plaintiff(s),<br><br>    v.<br>ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.<br><br>    Defendant(s). | No. C 07-05362 JL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: OCTOBER 31, 2007

_____
Signature

Counsel for  PLAINTIFF
(Plaintiff, Defendant or indicate "pro se")