1 | H. TIM HOFFMAN, SBN 49141
2 | ARTHUR W. LAZEAR, SBN 83603
  | MORGAN M. MACK SBN 212659
3 | **HOFFMAN & LAZEAR**
  | 180 Grand Avenue, Suite 1550
4 | Oakland, CA 94612
  | Telephone: (510) 763-5700
5
  | Attorneys for Plaintiffs
6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | RONALD KRZYZANOWSKI and ) Case No:  C 07-05362 JL
11 | ILEANA KRZYZANOWSKI, )
   | individually and on behalf of all others )
12 | similarly situated, ) **PROOF OF SERVICE**
   | )
13 | Plaintiffs, )
   | )
14 | vs. )
   | )
15 | ORKIN EXTERMINATING COMPANY, )
   | INC.; ROLLINS, INC. )
16 | )
   | Defendants. )
17 | _____ )

18 | I, Shola Ogunlana, declare:

19 |     I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause.  My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California  94612, Alameda County, California. On October 31, 2007, I served the following Documents:

21

22 | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

23 | ✖    **BY MAIL:**  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

25 | EMAIL: By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

27 | BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

1  FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in
2  a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so
3  that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es)
4  set forth below.

5

6  The Prentice-Hall Corporation                          The Prentice-Hall Corporation
   On Behalf of Orkin Exterminating Company, Inc.        On Behalf of Rollins, Inc.
7  2730 Gateway Oaks Drive, Suite 100                    2730 Gateway Oaks Drive, Suite 100
   Sacramento, CA 95833                                  Sacramento, CA 95833

8       I declare under penalty of perjury under the laws of the State of California that the
9  foregoing is true and correct.

10 Dated: October 31, 2007

11

12                                          _____
13                                          Shola Ogunlana