Mark L. Eisenhut, Bar No. 185039
Matthew R. Orr, Bar No. 211097
Melinda Evans, Bar No. 216594
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
meisenhut@calljensen.com
morr@calljensen.com
mevans@calljensen.com
Tel. (949) 717-3000
Fax. (949) 717-3100

Attorneys for Defendants Orkin Exterminating Company, Inc. and Rollins, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KRZYZANOWSKY AND ILEANA KRYZANOWSKY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.<br><br>Defendants. | Case No. C07-05362 JL<br><br>**STIPULATION TO EXTEND, BY TWO WEEKS, ORKIN EXTERMINATING COMPANY, INC. AND ROLLINS, INC.'S LAST DAY TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>Complaint Filed: October 19, 2007<br>Trial Date: None Set |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Ronald and Ileana Kryzanowsky ("Plaintiffs") and Defendants Orkin Exterminating Company, Inc. and Rollins, Inc. ("Defendants" and, together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, as follows:

**Whereas**, Defendants were recently served with the above-captioned class action Complaint; and

**Whereas**, absent this Stipulation, Defendants' last day to respond to Plaintiffs' Complaint is November 19, 2007; and

**Whereas**, Defendants – out-of-state corporations – have only recently engaged defense counsel, and defense counsel has requested, and received, from Plaintiffs, an additional two weeks in which to assess and analyze Plaintiffs' Complaint and prepare an appropriate response; and

**Whereas**, Northern District Rule 6-1(a) provides that parties may stipulate to extend the time within which to respond to a complaint provided the change will not alter the date for any hearing set by the court; and

**Whereas**, the change in responsive pleading date resulting from the Parties' Stipulation will not alter the date for any hearing set by this Court.

**WHEREFORE**, good cause being shown:

**The Parties Stipulate** that Defendants shall have an additional two weeks, up to and including December 3, 2007, in which to respond to Plaintiffs' Complaint.

///
///
///
///
///
///

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

ORK01-02:326753_1:11-15-07        - 2 -
STIPULATION TO EXTEND, BY TWO WEEKS, ORKIN EXTERMINATING COMPANY, INC. AND ROLLINS, INC.'S LAST DAY TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: November 8, 2007 | CALL, JENSEN & FERRELL<br>A Professional Corporation<br>MARK L. EISENHUT<br>MATTHEW R. ORR |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Matthew R. Orr |
| 5 | | Matthew R. Orr |
| 6 | | Attorneys for Defendants Orkin Exterminating Company, Inc. and Rollins, Inc. |
| 7 | | |
| 8 | Dated: November 8, 2007 | HOFFMAN & LAZEAR<br>ARTHUR W. LAZEAR<br>MORGAN M. MACK |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Morgan M. Mack |
| 12 | | Morgan M. Mack |
| 13 | | Attorneys for Plaintiffs Ronald and Ileana Krzyzanowsky |

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

ORK01-02:325223_1:11-8-07                    - 3 -
STIPULATION TO EXTEND, BY ONE WEEK, ORKIN EXTERMINATING COMPANY, INC. AND ROLLIN, INC.'S LAST DAY TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On November 16, 2007, I served the foregoing document described as **STIPULATION TO EXTEND, BY TWO WEEKS, ORKIN EXTERMINATING COMPANY, INC. AND ROLLINS, INC.'S LAST DAY TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT** on the following person(s) in the manner indicated:

## SEE ATTACHED SERVICE LIST

[ X ] (BY MAIL) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ] (BY FEDEX) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by FedEx that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by FedEx with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by FedEx at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ] (BY FACSIMILE TRANSMISSION) On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ ] (BY ELECTRONIC TRANSMISSION) I served electronically from the electronic notification address of _____ the document described above and a copy of this declaration to the person and at the electronic notification address set forth herein. The electronic transmission was reported as complete and without error.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 16, 2007, at Newport Beach, California.

_____
Denise Reigel

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

## SERVICE LIST

| | |
|---|---|
| H. Tim Hoffman, Esq.<br>Arthur W. Lazear, Esq.<br>Morgan m. Mack, Esq.<br>Hoffman & Lazear<br>180 Grand Avenue, Suite 1550<br>Oakland, CA  94612<br>T:  (510) 763-5700 | **Attorneys for Plaintiffs** |
| Christian Hartley, Esq.<br>Daniel M. Bradley, Esq.<br>Richardson, Patrick, Westbrook &<br>Brickman, LLC<br>174 E. Bay street<br>Charleston, SC  29401<br>T:  (843) 727-6564 | **Attorneys for Plaintiffs** |
| Thomas F. Campbell, Esq.<br>Campbell Law, P.C.<br>100 Concourse Parkway, Suite 115<br>Birmingham, AL  35244<br>T:  (205) 278-6650 | **Attorneys for Plaintiffs** |