THOMAS F. CAMPBELL
CAMPBELL LAW, PC
100 CONCOURSE PARKWAY
SUITE 115
BIRMINGHAM, AL 35244



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RONALD KRZYZANOWSKY AND ILEANA KRZYZANOWSKY on behalf of themselves and all others similarly situated.

    Plaintiff(s),

v.

ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.

    Defendant(s).

CASE NO. C07-05362

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Thomas F. Campbell, an active member in good standing of the bar of Alabama, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
H. Tim Hoffman, 180 Grand Avenue, Suite 1550, Oakland, California 94612, (510) 763-5700.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11-17-07

THOMAS F. CAMPBELL