FILED

NOV 28 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

NOV 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1
2
3
4

5  RONALD KRZYZANOWSKY AND
6  ILEANA KRZYZANOWSKY on behalf of
   themselves and all others similarly situated,
7
                    Plaintiff(s),
8        v.
9  ORKIN EXTERMINATING COMPANY, INC.;
   ROLLINS, INC.
10
11
12                  Defendant(s).
13
14
15

CASE NO.   C07-05362 JL

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

13      THOMAS F. CAMPBELL    , an active member in good standing of the bar of
14          ALABAMA                whose business address and telephone number
15
16  is:     100 Concourse Parkway, Suite 115
            Birmingham, Alabama   35244
17          205-278-6650
18

19  having applied in the above-entitled action for admission to practice in the Northern District of
20  California on a *pro hac vice* basis, representing      Plaintiffs
21      IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and
22  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
23  *vice*. Service of papers upon and communication with co-counsel designed in the application will
24  constitute notice to the party. All future filings in this action are subject to the requirements
25  contained in General Order No. 45, *Electronic Case Filing*.
26
27  Dated:    11-28-07
28
                                              United States Magistrate Judge