**FILED**
NOV 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

RONALD KRZYZANOWSKY AND ILEANA KRZYZANOWSKY on behalf of themselves and all others similarly situated,

Plaintiff(s),

v.

ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.

Defendant(s).

CASE NO. C07-05362 JL

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Donald Keiron McGowin, an active member in good standing of the bar of ALABAMA whose business address and telephone number is:

100 Concourse Parkway, Suite 115
Birmingham, Alabama  35244
205-278-6650

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing    Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11-28-07

_____
United States Magistrate Judge