1  Mark L. Eisenhut, Bar No. 185039
   Matthew R. Orr, Bar No. 211097
2  CALL, JENSEN & FERRELL
3  610 Newport Center Drive, Suite 700
   Newport Beach, CA 92660
4  Tel.: (949) 717-3000
   Fax: (949) 717-3100
5  meisenhut@calljensen.com
6  morr@calljensen.com

7  Of Counsel:

8  Michael W. Davis, Esq.
   T. Robert Scarborough, Esq.
9  Kara L. McCall, Esq.
10 SIDLEY AUSTIN LLP
   1 S. Dearborn Street
11 Chicago, IL 60603
   Tel.: (312) 853-7000
12 Fax: (312) 853-7036
13 tscarborough@sidley.com
   kmccall@sidley.com

14
   Douglas B. Brown, Esq.
15 Daniel Gerber, Esq.
   RUMBERGER, KIRK & CALDWELL, P.A.
16 Lincoln Plaza, Suite 1400
17 300 South Orange Avenue
   Orlando, Florida 32802-1873
18 Tel.: (407) 872-7300
   Fax: (407) 841-2133
19 dbrown@rumberger.com
20 dgerber@rumberger.com

21 Attorneys for Defendants Orkin Exterminating
   Company, Inc., n/k/a/ Orkin, Inc., and Rollins, Inc.
22

23             UNITED STATES DISTRICT COURT
24             NORTHERN DISTRICT OF CALIFORNIA

25 RONALD KRZYZANOWSKY AND          | Case No. C07-05362 JL
   ILEANA KRYZANOWSKY on behalf of  |
26 themselves and all others similarly situated, | CERTIFICATION OF INTERESTED
                                    | ENTITIES OR PERSONS
27         Plaintiffs,
28

|   |
|---|
| vs. |
| ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC. |
| Defendants. |

Complaint Filed: October 19, 2007
Trial Date: None Set

## CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS

The undersigned, counsel of record for Defendants Orkin Exterminating Company, Inc. (n/k/a Orkin, Inc.) ("Orkin") and Rollins, Inc. ("Rollins" and, together with Orkin, "Defendants"), hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding; or (iii) are publicly-traded companies that own 10% or more of a party's stock:

A. Mark L. Eisenhut, Esquire
Matthew R. Orr, Esquire
Call, Jensen & Ferrell
610 Newport Center Drive
Suite 700
Newport Beach, CA

B. Douglas B. Brown, Esquire
Daniel Gerber, Esquire
Rumberger, Kirk & Caldwell
300 S. Orange Avenue
Suite 1400
Orlando, FL 32801

C. Michael W. Davis, Esquire
T. Robert Scarborough, Esquire
Kara L. McCall, Esquire

1  Sidley Austin LLP
   1 S. Dearborn Street
2  Chicago, IL 60603

3

4  D.  Keith Scott, Esquire
       Rollins, Inc.
5      Parent Corporation
       2170 Piedmont Road, N.E.
6      Atlanta, GA 30324

7

8  E.  Orkin Exterminating Company, Inc.
       2170 Piedmont Road, N.E.
9      Atlanta, GA 30324

10 F.  Ronald and Ileana Krzyzanowsky

11 Dated: December 3, 2007                CALL, JENSEN & FERRELL
                                          A Professional Corporation
12                                        Mark L. Eisenhut
                                          Matthew R. Orr
13

14

15                                        By: _____
                                              Matthew R. Orr
16

17                                        Attorneys for Defendant Orkin Exterminating
                                          Company, Inc. and Rollins, Inc.
18

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On December 3, 2007, I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the following person(s) in the manner indicated:

**SEE ATTACHED SERVICE LIST**

[ X ]  (BY MAIL) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ]  (BY FEDEX) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by FedEx that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by FedEx with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by FedEx at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ]  (BY FACSIMILE TRANSMISSION) On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ ]  (BY E-MAIL) I transmitted a copy of the foregoing document)(s) by e-mail to the addressee(s).

[ ]  (BY ELECTRONIC TRANSMISSION)  I served electronically from the electronic notification address of _____ the document described above and a copy of this declaration to the person and at the electronic notification address set forth herein. The electronic transmission was reported as complete and without error.

1
2  **[ X ]**  (FEDERAL)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
3
4  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 3, 2007, at Newport Beach, California.
5
6
7  Jackie Sohn
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

## SERVICE LIST

| | |
|---|---|
| H. Tim Hoffman, Esq.<br>Arthur W. Lazear, Esq.<br>Morgan M. Mack, Esq.<br>Hoffman & Lazear<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612<br>T: (510) 763-5700<br>F: (510) 835-1311 | **Attorneys for Plaintiffs** |
| Christian Hartley, Esq.<br>Daniel M. Bradley, Esq.<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>174 E. Bay Street<br>Charleston, SC 29401<br>T: (843) 727-6564 | **Attorneys for Plaintiffs** |
| Thomas F. Campbell, Esq.<br>Campbell Law, P.C.<br>100 Concourse Parkway, Suite 115<br>Birmingham, AL 35244<br>T: (205) 278-6650 | **Attorneys for Plaintiffs** |

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION