1   Mark L. Eisenhut, Bar No. 185039
2   Matthew R. Orr, Bar No. 211097
    CALL, JENSEN & FERRELL
3   610 Newport Center Drive, Suite 700
    Newport Beach, CA 92660
4   Tel.: (949) 717-3000
    Fax: (949) 717-3100
5   meisenhut@calljensen.com
6   morr@calljensen.com

7   Of Counsel:

8   Michael W. Davis, Esq.
    T. Robert Scarborough, Esq.
9   Kara L. McCall, Esq.
10  SIDLEY AUSTIN LLP
    1 S. Dearborn Street
11  Chicago, IL 60603
    Tel.: (312) 853-7000
12  Fax: (312) 853-7036
13  tscarborough@sidley.com
    kmccall@sidley.com
14
    Douglas B. Brown, Esq.
15  Daniel Gerber, Esq.
    RUMBERGER, KIRK & CALDWELL, P.A.
16  Lincoln Plaza, Suite 1400
17  300 South Orange Avenue
    Orlando, Florida 32802-1873
18  Tel.: (407) 872-7300
    Fax: (407) 841-2133
19  dbrown@rumberger.com
20  dgerber@rumberger.com

21  Attorneys for Defendants Orkin Exterminating
    Company, Inc., n/k/a/ Orkin, Inc., and Rollins, Inc.
22

23              **UNITED STATES DISTRICT COURT**

24              **NORTHERN DISTRICT OF CALIFORNIA**

25
    RONALD KRZYZANOWSKY AND                Case No. C07-05362 JL
26  ILEANA KRYZANOWSKY on behalf of
    themselves and all others similarly situated,   **NOTICE OF NEED FOR ADR**
27                                          **CONFERENCE**
28              Plaintiffs,

ORK01-02:336721_1:1-2-08                - 1 -                        C07-05362 JL

vs.

ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.

Defendants.

Complaint Filed:   October 19, 2007
Trial Date:        None Set

Counsel report that they have met and conferred regarding ADR and that they:

   __X__       Have not yet reached an agreement to an ADR proces;

   _____       Request an Early Settlement Conference with a Magistrate Judge.

Date of Case Management Conference:  December 28, 2007.

The following counsel will participate in the ADR phone conference:

| NAME | PARTY REPRESENTING | PHONE No. | EMAIL ADDRESS |
|------|--------------------|-----------| --------------|
| Arthur William Lazear | Plaintiffs | 510-763-5700 | awl@hoffmanandlazear.com |
| Christian Hartley | Plaintiffs | 843-727-6564 | chartley@rpwb.com |
| Daniel M. Bradley | Plaintiffs | 843-727-6564 | dbradley@rpwb.com |
| Morgan M. Mack | Plaintiffs | 510-763-5700 | mmm@hoffmanandlazear.com |
| Thomas F. Campbell | Plaintiffs | 205-278-6650 | tcampbell@campbelllitigation.com |
| Theodore R. Scarborough | Defendants | 312-853-2236 | tscarborough@sidley.com |
| Matt Orr | Defendants | 949-717-3000 | morr@calljensen.com |
| Doug Brown | Defendants | 407-839-2150 | dbrown@rumberger.com |

CALL, JENSEN & FERRELL
A PROFESSIONAL
CORPORATION

ORK01-02:336721_1:1-2-08

C07-05362 JL

NOTICE OF NEED FOR ADR CONFERENCE

1 | Dated:  January 2, 2008

CALL, JENSEN & FERRELL
A Professional Corporation
Mark L. Eisenhut
Matthew R. Orr

By: _____
      Matthew R. Orr

Attorneys for Defendants


HOFFMAN & LAZEAR
Arthur W. Lazear

By: _____
      Arthur W. Lazear

Attorney for Plaintiffs

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

ORK01-02:336721_1:1-2-08              - 3 -                              C07-05362 JL
NOTICE OF NEED FOR ADR CONFERENCE

1

## CERTIFICATE OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3

4

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

5

6

7

On January 2, 2008, I served the foregoing document described as **NOTICE OF NEED FOR ADR CONFERENCE** on the following person(s) in the manner indicated:

8

### SEE ATTACHED SERVICE LIST

9

10

11

12

13

**[ X ]** (BY MAIL) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

14

15

16

17

18

**[ ]** (BY FEDEX) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by FedEx that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by FedEx with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by FedEx at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

19

20

21

22

23

24

**[ ]** (BY FACSIMILE TRANSMISSION) On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

25

**[ ]** (BY E-MAIL) I transmitted a copy of the foregoing document)(s) by e-mail to the addressee(s).

26

27

28

**[ ]** (BY ELECTRONIC TRANSMISSION)   I served electronically from the electronic notification address of _____ the document described above and a copy of this declaration to the person and at the electronic notification address set forth herein. The electronic transmission was reported as complete and without error.

1

2  [ **X** ]  (FEDERAL)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

3

4      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 2, 2008, at Newport Beach, California.

5

6

7  Jackie Sohn

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

1

# SERVICE LIST

2

3 H. Tim Hoffman, Esq.          **Attorneys for Plaintiffs**
Arthur W. Lazear, Esq.
Morgan M. Mack, Esq.

4 Hoffman & Lazear
180 Grand Avenue, Suite 1550

5 Oakland, CA 94612
T: (510) 763-5700

6 F: (510) 835-1311

7

8 Christian Hartley, Esq.          **Attorneys for Plaintiffs**
Daniel M. Bradley, Esq.

9 Richardson, Patrick, Westbrook &
Brickman, LLC

10 174 E. Bay Street
Charleston, SC 29401

11 T: (843) 727-6564

12

13 Thomas F. Campbell, Esq.         **Attorneys for Plaintiffs**
Campbell Law, P.C.

14 100 Concourse Parkway, Suite 115
Birmingham, AL 35244

15 T: (205) 278-6650

16

17

18

19

20

21

22

23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION