Mark L. Eisenhut, Bar No. 185039
Matthew R. Orr, Bar No. 211097
CALL, JENSEN & FERRELL
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel.: (949) 717-3000
Fax: (949) 717-3100
meisenhut@calljensen.com
morr@calljensen.com

Of Counsel:

Michael W. Davis, Esq.
T. Robert Scarborough, Esq.
Kara L. McCall, Esq.
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
tscarborough@sidley.com
kmccall@sidley.com

Douglas B. Brown, Esq.
Daniel Gerber, Esq.
RUMBERGER, KIRK & CALDWELL, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, Florida 32802-1873
Tel.: (407) 872-7300
Fax: (407) 841-2133
dbrown@rumberger.com
dgerber@rumberger.com

Attorneys for Defendants Orkin Exterminating Company, Inc., n/k/a/ Orkin, Inc., and Rollins, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KRZYZANOWSKY AND ILEANA KRYZANOWSKY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs, | Case No. C07-05362 JL<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

| | |
|---|---|
| 1 | vs. |
| 2 | ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC. |
| 3 | |
| 4 | Defendants. |

Complaint Filed: October 19, 2007
Trial Date: None Set

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* available on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| 1  Dated: January 2, 2008 | CALL, JENSEN & FERRELL |
| 2 | A Professional Corporation |
|   | Mark L. Eisenhut |
| 3 | Matthew R. Orr |
| 4 | |
| 5 | By: */s/ Matthew Orr* |
| 6 | Matthew R. Orr |
| 7 | |
| 8 | SIDLEY AUSTIN LLP |
|   | Michael W. Davis |
| 9 | Theodore R. Scarborough |
|   | Kara L. McCall |

By: _____
        Theodore R. Scarborough


RUMBERGER KIRK
Daniel Gerber
Douglas B. Brown


By: _____
        Douglas B. Brown

Attorneys for Defendant Orkin Inc. and Rollins, Inc.

Dated: January 2, 2008

CALL, JENSEN & FERRELL
A Professional Corporation
Mark L. Eisenhut
Matthew R. Orr

By: _____/s/ Matthew R. Orr_____
    Matthew R. Orr

SIDLEY AUSTIN LLP
Michael W. Davis
Theodore R. Scarborough
Kara L. McCall

By: _____
    Theodore R. Scarborough

RUMBERGER KIRK
Daniel Gerber
Douglas B. Brown

By: _____/s/ Douglas B. Brown_____
    Douglas B. Brown

Attorneys for Defendant Orkin Inc.
and Rollins, Inc.

ORK01-02:336720_1:1-2-08

- 3 -

C07-05362 JL

ADR CERTIFICATION BY PARTIES AND COUNSEL

| | | |
|---|---|---|
| 1 | Dated: January 2, 2008 | CALL, JENSEN & FERRELL |
| 2 | | A Professional Corporation |
| | | Mark L. Eisenhut |
| 3 | | Matthew R. Orr |

By: */s/ Matthew R. Orr/*
    Matthew R. Orr

SIDLEY AUSTIN LLP
Michael W. Davis
Theodore R. Scarborough
Kara L. McCall

By: */s/ Theodore R. Scarborough/*
    Theodore R. Scarborough

RUMBERGER KIRK
Daniel Gerber
Douglas B. Brown

By:_____
    Douglas B. Brown

Attorneys for Defendant Orkin Inc.
and Rollins, Inc.

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On January 2, 2008, I served the foregoing document described as **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the following person(s) in the manner indicated:

**SEE ATTACHED SERVICE LIST**

[ X ] (BY MAIL) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ] (BY FEDEX) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by FedEx that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by FedEx with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by FedEx at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ] (BY FACSIMILE TRANSMISSION) On this date, at the time indicated on the transmittal sheet, attached hereto, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ ] (BY E-MAIL) I transmitted a copy of the foregoing document)(s) by e-mail to the addressee(s).

[ ] (BY ELECTRONIC TRANSMISSION) I served electronically from the electronic notification address of _____ the document described above and a copy of this declaration to the person and at the electronic notification address set forth herein. The electronic transmission was reported as complete and without error.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

[ X ]  (FEDERAL)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 2, 2008, at Newport Beach, California.

*Jackie Sohn*

## SERVICE LIST

| | |
|---|---|
| H. Tim Hoffman, Esq.<br>Arthur W. Lazear, Esq.<br>Morgan M. Mack, Esq.<br>Hoffman & Lazear<br>180 Grand Avenue, Suite 1550<br>Oakland, CA  94612<br>T:  (510) 763-5700<br>F:  (510) 835-1311 | **Attorneys for Plaintiffs** |
| Christian Hartley, Esq.<br>Daniel M. Bradley, Esq.<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>174 E. Bay Street<br>Charleston, SC  29401<br>T:  (843) 727-6564 | **Attorneys for Plaintiffs** |
| Thomas F. Campbell, Esq.<br>Campbell Law, P.C.<br>100 Concourse Parkway, Suite 115<br>Birmingham, AL  35244<br>T:  (205) 278-6650 | **Attorneys for Plaintiffs** |

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION