UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RONALD KRZYZANOWSKY, et al.

        Plaintiff(s),

v.

ORKIN EXTERMINATING
COMPANY INC,
        Defendant(s).

Case No. C 07-05362 JL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated:_____

                                                     [Party]

Dated: 01/03/08

                                                     H. TIM HOFFMAN

                                                     COUNSEL FOR PLAINTIFFS

1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  MORGAN M. MACK SBN 212659
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
4  Telephone: (510) 763-5700

5
   Attorneys for Plaintiffs
6

7

8                UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 RONALD KRZYZANOWSKI and      )    Case No:   C 07-05362 JL
   ILEANA KRZYZANOWSKI,         )
12 individually and on behalf of all others )
   similarly situated,          )    **CERTIFICATE OF SERVICE**
13                              )
                                )
14         Plaintiffs,           )
                                )
15 vs.                          )
                                )
16 ORKIN EXTERMINATING COMPANY, )
   INC.; ROLLINS, INC.          )
17                              )
           Defendants.          )
18 _____)

19
   I, Shola Ogunlana, declare:
20
        I am, and was at the time of the service mentioned in this declaration, over the age
21 of 18 years and am not a party to this cause. My business address is HOFFMAN &
   LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County,
22 California. On January 3, 2008, I served the following Documents:

23

24      **ADR CERTIFICATION BY PARTIES AND COUNSEL**

25 ✖    BY MAIL: By placing the document(s) listed above in a sealed envelope with
        postage thereon fully prepaid, in the United States mail at Oakland, California
26      addressed as set forth below.

27
        EMAIL: By transmitting via email based on a court order or an agreement of the
28      parties to accept service by e-mail or electronic transmission, I caused the

documents to be sent to the persons at the e-mail addresses listed below.

BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

Daniel M. Bradley
Richardson Patrick Westbrook & Brickman LLC
174 E. Bay Street
Charleston, SC 29401

Douglas B. Brown
Rumberger Kirk & Caldwell, P.A.
Lincoln Plaza
Suite 1400
300 South Orange Avenue
Orlando, FL 32802

Michael W. Davis
Sidley & Austin
1 S. Dearborn Street
Chicago, IL 60603

Daniel Gerber
Rumberger Kirk & Caldwell, P.A.
Lincoln Plaza, Suite 1400
200 South Orange Avenue
Orlando, FL 32802

Christian Hartley
Richardson Patrick Westbrook & Brickman LLC
174 E. Bay Street
Charleston, SC 29401

Morgan M. Mack
Hoffman and Lazear
180 Grand Avenue
Suite 1550
Oakland, CA 94612

Kara L. McCall
Sidley Austin LLP
1 S. Dearborn Street
Chicago, IL 60603

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 3, 2008

Shola Ogunlana