FILED
JAN 2 8 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

Ronald Krzyzanowsky

CASE NO. C07-05362-JL

Plaintiff(s),

v.

Orkin Exterminating Company, Inc.;
Rollins, Inc.

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Christian H. Hartley , an active member in good standing of the bar of
See attached whose business address and telephone number
(particular court to which applicant is admitted)
is
Richardson, Patrick, Westbrook & Brickman, LLC, 1017 Chuck Dawley Blvd., Mount Pleasant, SC 29464; (843) 727-6500
,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/28/08

_____
United States District Judge