1  Douglas B. Brown, Esq.
2  RUMBERGER, KIRK & CALDWELL, P.A.
   Lincoln Plaza, Suite 1400
3  300 South Orange Ave.
   Orlando, Florida  32802
4  Tel.:  (407) 872-7300
   Fax:  (407) 841-2133
5  dbrown@rumberger.com
6
7  Attorneys for Defendants Orkin Exterminating
   Company, Inc., n/k/a/ Orkin, Inc., and Rollins, Inc.
8

**FILED**
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

11  RONALD KRZYZANOWSKY AND           Case No.  C07-05362 SBA
12  ILEANA KRYZANOWSKY on behalf of
    themselves and all others similarly situated,
13                                    APPLICATION FOR ADMISSION OF
                                      ATTORNEY *PRO HAC VICE*
14              Plaintiffs,
15       vs.
16  ORKIN EXTERMINATING COMPANY,
    INC.; ROLLINS, INC.
17
18              Defendants.
19
20                                    Complaint Filed:  October 19, 2007
                                      Trial Date:       None Set
21

22       Pursuant to Civil L.R. 11-3, DOUGLAS B. BROWN, an active member in good
23  standing of the bars of the State of Florida and the State of Georgia, hereby applies for
24  admission to practice in the Northern District of California on a pro hac vice basis
25  representing Defendants Orkin Exterminating Company, Inc., n/k/a/ Orkin, Inc. and
26  Rollins, Inc. in the above-entitled action.
27
28

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

ORK01-02:342092_1:2-20-08                - 1 -                        C07-05362 SBA
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States District Court of Florida – Northern, Middle and Southern Districts;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Mark L. Eisenhut
> Matthew R. Orr
> Call, Jensen & Ferrell
> 610 Newport Center Drive, Suite 700
> Newport Beach, CA 92660
> Tel: (949) 717-3000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2008

_____
Douglas B. Brown

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

ORK01-02:Application for Admission of Attorney Pro Hac Vice (D Brown).DOC:1-30-08    - 2 -
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001869
Cashier ID: lenahac
Transaction Date: 02/27/2008
Payer Name: Call Jensen and Ferrell
-----------------------------------
PRO HAC VICE
 For: Douglas B. Brown
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 12743
 Amt Tendered:  $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

CV-07-5362-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```