Daniel Gerber, Esq.
RUMBERGER, KIRK & CALDWELL, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Ave.
Orlando, Florida 32802
Tel.: (407) 872-7300
Fax: (407) 841-2133
dgerber@rumberger.com

Attorneys for Defendants Orkin Exterminating Company, Inc., n/k/a/ Orkin, Inc., and Rollins, Inc.

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RONALD KRZYZANOWSKY AND ILEANA KRYZANOWSKY on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.

Defendants.

Case No. C07-05362 SBA

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Complaint Filed: October 19, 2007
Trial Date: None Set

Pursuant to Civil L.R. 11-3, DANIEL GERBER, an active member in good standing of the bar of the State of Florida, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants Orkin Exterminating Company, Inc., n/k/a/ Orkin, Inc. and Rollins, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States District Court of Florida – Northern, Middle and Southern Districts and the United States Court of Appeals, 11th Circuit;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Mark L. Eisenhut
Matthew R. Orr
Call, Jensen & Ferrell
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30th, 2008

Daniel Gerber

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

ORK01-02:Application for Admission of Attorney Pro Hac Vice (D Gerber).DOC:1-30-08

- 2 -

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

[Illegible receipt image - text too faded to transcribe reliably]