1  Michael W. Davis, Esq.
   SIDLEY AUSTIN LLP
2  1 S. Dearborn Street
3  Chicago, IL 60603
   Tel.: (312) 853-7000
4  Fax: (312) 853-7036
   mdavis@sidley.com
5
6  Attorneys for Defendants Orkin Exterminating
   Company, Inc., n/k/a/ Orkin, Inc., and Rollins, Inc.
7

**FILED**

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KRZYZANOWSKY AND ILEANA KRYZANOWSKY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.<br><br>Defendants. | Case No. C07-05362 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br><br>Complaint Filed: October 19, 2007<br>Trial Date: None Set |

Pursuant to Civil L.R. 11-3, MICHAEL W. DAVIS, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants Orkin Exterminating Company, Inc., n/k/a/ Orkin, Inc. and Rollins, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States Supreme Court; the United States Court of Appeals – 2nd, 4th, 6th, and 7th Circuits; and the United States District Court of Florida – Northern and Central Districts;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Mark L. Eisenhut
> Matthew R. Orr
> Call, Jensen & Ferrell
> 610 Newport Center Drive, Suite 700
> Newport Beach, CA 92660
> Tel: (949) 717-3000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 6, 2008

Michael W. Davis

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

ORK01-02:Application for Admission of Attorney Pro Hac Vice (M Davis).DOC:2-11-08

- 2 -

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001872
Cashier ID: lenahac
Transaction Date: 02/27/2008
Payer Name: Call Jensen and Ferrell

PRO HAC VICE
 For: Michael W. Davis
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 12740
 Amt Tendered:   $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:       $0.00

C-07-5362-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```