FILED
FEB 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KRZYZANOWSKY AND ILEANA KRYZANOWSKY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.<br><br>Defendants. | Case No. C07-05362 SBA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br><br>Complaint Filed:  October 19, 2007<br>Trial Date:      None Set |

DANIEL GERBER, an active member in good standing of the bar of the State of Florida whose business address and telephone number is RUMBERGER, KIRK & CALDWELL, P.A., Lincoln Plaza, Suite 1400, 300 South Orange Avenue, Orlando, Florida 32802, 407/872-7300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Orkin Exterminating Company, Inc., n/k/a/ Orkin, Inc. and Rollins, Inc.

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

ORK01-02:342097_1:2-20-08                    - 1 -                    C07-05362 SBA
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the
2  terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
3  appearance *pro hac vice*. Service of papers upon and communication with co-counsel
4  designed in the application will constitute notice to the party. All future filings in this
5  action are subject to the requirements contained in General Order No. 45, *Electronic
6  Case Filing*.

8  Dated: 2-29-08

United States District Judge
Saundra B. Armstrong

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION