Michael W. Davis, Esq.
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
mdavis@sidley.com

Attorneys for Defendants Orkin Exterminating
Company, Inc., n/k/a/ Orkin, Inc., and Rollins, Inc.

FILED

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KRZYZANOWSKY AND ILEANA KRYZANOWSKY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.<br><br>Defendants. | Case No. C07-05362 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br><br>Complaint Filed: October 19, 2007<br>Trial Date: None Set |

Pursuant to Civil L.R. 11-3, MICHAEL W. DAVIS, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants Orkin Exterminating Company, Inc., n/k/a/ Orkin, Inc. and Rollins, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States Supreme Court; the United States Court of Appeals – 2nd, 4th, 6th, and 7th Circuits; and the United States District Court of Florida – Northern and Central Districts;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution Programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Mark L. Eisenhut
> Matthew R. Orr
> Call, Jensen & Ferrell
> 610 Newport Center Drive, Suite 700
> Newport Beach, CA  92660
> Tel:  (949) 717-3000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 6, 2008

Michael W. Davis

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

ORK01-02:Application for Admission of Attorney Pro Hac Vice (M_Davis).DOC:2-11-08

- 2 -

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001872
Cashier ID: lenahac
Transaction Date: 02/27/2008
Payer Name: Call Jensen and Ferrell

PRO HAC VICE
For: Michael W. Davis
Case/Party: D-CAN-4-08-AT-PROHAC-001
Amount:         $210.00
----------------------------------------
CHECK
Check/Money Order Num: 12740
Amt Tendered:  $210.00
----------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-5362-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

FILED

MAR 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KRZYZANOWSKY AND ILEANA KRYZANOWSKY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.<br><br>Defendants. | Case No. C07-05362 SBA<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Complaint Filed:  October 19, 2007
Trial Date:  None Set

MICHAEL W. DAVIS, an active member in good standing of the bar of the State of Illinois whose business address and telephone number is SIDLEY AUSTIN, LLP, 1 S. Dearborn Street, Chicago, IL 60603, 312/853-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Orkin Exterminating Company, Inc., n/k/a/ Orkin, Inc. and Rollins, Inc.

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the
2  terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate
3  appearance *pro hac vice*.  Service of papers upon and communication with co-counsel
4  designed in the application will constitute notice to the party.  All future filings in this
5  action are subject to the requirements contained in General Order No. 45, *Electronic*
6  *Case Filing*.

7
8  Dated: 2-29-08

United States District Judge
Saundra B. Armstrong

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALL, JENSEN &
FERRELL
PROFESSIONAL
CORPORATION