FILED
MAR 0 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KRZYZANOWSKY AND ILEANA KRYZANOWSKY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.<br><br>Defendants. | Case No. C07-05362 SBA<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Complaint Filed: October 19, 2007
Trial Date: None Set

KARA L. McCALL, an active member in good standing of the bar of the State of Illinois whose business address and telephone number is SIDLEY AUSTIN, LLP, 1 S. Dearborn Street, Chicago, IL 60603, 312/853-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Orkin Exterminating Company, Inc., n/k/a/ Orkin, Inc. and Rollins, Inc.

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

ORK01-02:342101_1:2-20-08          - 1 -          C07-05362 SBA
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the
2  terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate
3  appearance *pro hac vice*.  Service of papers upon and communication with co-counsel
4  designed in the application will constitute notice to the party.  All future filings in this
5  action are subject to the requirements contained in General Order No. 45, *Electronic
6  Case Filing*.

8  Dated: 2-29-08

United States District Judge
Saundra B. Armstrong