UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 3/12/08

C-07-05362 SBA           JUDGE: **SAUNDRA BROWN ARMSTRONG**

**Title: KRZYZANOWSKY ET AL** vs. **ORKIN EXTERMINATING COMPANY, INC. ET AL**

**Atty.:**  H. TIM HOFFMAN            MARK EISENHUT
           ARTHUR LAZEAR             ROBERT SCARBOROUGH
           MORGAN MACK               DOUGLAS BROWN

**Deputy Clerk:** Lisa R. Clark        **Court Reporter:** NOT REPORTED
**PROCEEDINGS**
Plt   DFT
( )   ( )  1. **TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )   ( )  2.
( )   ( )  3.
( )   ( )  4.
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
              ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to _____ for a Telephone Case Management Conference at ___ p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by ___ Opposition by ___ Reply by ___
General Discovery Cut-off **11/28/08** Expert Discovery Cut-off **12/15/08**
Plft to name Experts by **10/15/08**   Deft to name Experts by **10/15/08**
All Dispositive Motions to be heard by ( Motion Cut-off) **2/3/09**
Case Continued to **3/24/09** for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due **3/3/09** Motions in limine/objections to evidence due **3/10/09** Responses to motions in limine and/or responses to objections to evidence due **3/17/09**
Case Continued to **4/20/09** for Trial(Court/**Jury:** **5-10** Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE  TO BE ASSIGNED  FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 **Notes:** PARTIES ORDERED TO PARTICIPATE IN ENE WITHIN 90 DAYS; MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 2/4-2/27/09 BEFORE A MAGISTRATE JUDGE                                              cc: WINGS HOM & ADR VIA FAX