# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Krzyzanowsky,<br><br>             Plaintiff(s),<br><br>    v.<br><br>Orkin Exterminating Company, Inc.,<br><br>             Defendant(s). | 07-05362 SBA ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Kenneth L. Nissly**
Thelen Reid & Priest LLP
225 West Santa Clara, Suite 1200
San Jose, CA 95113
408-292-5800

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05362 SBA ENE                              - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: April 7, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Claudia M. Forehand

        ADR Case Administrator
        415-522-2059
        Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05362 SBA ENE                                        - 2 -