**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYZANOWSKY ET AL, | No. C 07-05362 SBA |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| v. | |
| ORKIN EXTERMINATING COMPANY, INC. ET AL, | |
| Defendant. _____/ | |

PURSUANT TO CIVIL L.R. 72-1

      IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for all discovery. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 6/9/08

                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28