```
                                                    FILED
                                                    JUN 1 9 2008
                                                RICHARD W. WIEKING
                                                CLERK U.S. DISTRICT COURT,
                                              NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Krzyzanowsky, | No. C 07-05362 SBA ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Orkin Exterminating Company, Inc., | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __June 6, 2008__

2. Did the case settle?  ☐ fully  ☐ partially  ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?  ☒ YES  ☐ NO

Dated: __June 6, 2008__

_____
Evaluator, Kenneth L. Nissly
Thelen Reid & Priest LLP
225 West Santa Clara, Suite 1200
San Jose, CA 95113

**Certification of ADR Session**
07-05362 SBA ENE