**United States District Court**
For the Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7
8   RONALD KRZYZANOWSKY ET AL

      Plaintiff(s),                                   No. 07-05362 SBA (EDL)

    v.                                             CLERK'S NOTICE

ORKIN EXTERMINATING COMPANY, INC. ET AL

      Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT The hearing time on the Motion To Compel By Defendants Orkin, Inc. (f/ka Orkin Exterminating Co., Inc.) And Rollins, Inc. originally scheduled for 9:00 a.m. on September 30, 2008 has been changed to 2:00 p.m .

Dated: August 21, 2008

                                                FOR THE COURT,
                                                Richard W. Wieking, Clerk

                                  by: _____
                                               Frank Justiliano
                                               Courtroom Deputy