H. TIM HOFFMAN, SBN 49141
ARTHUR W. LAZEAR, SBN 83603
MORGAN M. MACK SBN 212659
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

CHRISTIAN HARTLEY (*pro hac vice*)
DAN BRADLEY (*pro hac vice*)
**RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC**
174 E. Bay Street
Charleston, SC 29401
Telephone: (843) 727-6564

TOM CAMPBELL (*pro hac vice*)
D. KEIRON McGOWIN (*pro hac vice*)
**CAMPBELL LAW
A PROFESSIONAL CORPORATION**
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
Telephone: (205) 278-6650

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KRZYZANOWSKY AND ILEANA KRZYZANOWSKY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.,<br><br>Defendants. | Case No.   C07-05362 (SBA) (EL)<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES** |

NOTICE OF JOINT MOTION AND
MOTION TO COMPEL RESPONSES                - 1 -

1  TO THE COURT AND ALL INTERESTED PARTIES:

2  PLEASE TAKE NOTICE THAT on October 14th, at 1:00p.m. or as soon thereafter as counsel may be heard, in the Courtroom of The Honorable Sandra B. Armstrong, United States District Court for the Northern District of California, Plaintiffs RONALD KRZYZANOWSKY and ILEANA KRZYZANOWSKY (herein "Plaintiffs"), will and hereby do respectfully move the Court to compel Defendants ORKIN EXTERMINATING COMPANY, INC. and ROLLINS, INC. Specifically, the plaintiffs respectfully request that the Court to order Defendants to fully answer propounded discovery requests; and to provided requested document for the relevant time periods as detailed in the attached memorandum in support..

The parties make this Motion on the grounds that the requested discovery is needed to determine the applicability of any defenses raised by the defendants, the scope of the Plaintiffs' claims and in order to make determinations as to the relevant class for the relevant time periods.

This Motion is based upon this Notice of Motion and Motion to Compel Responses to Plaintiffs' First Set of Interrogatories and Plaintiffs' first Set of Requests for Production, the Memorandum of Points and Authorities in Support Thereof, the Declaration of Daniel Bradley, any oral argument of counsel, the complete files and records in the above-captioned matter, and such additional matters as the Court may consider.

Respectfully submitted,

DATED: September 9, 2008            HOFFMAN & LAZEAR


By: /s/ H. Tim Hoffman
    H. TIM HOFFMAN
    Attorneys for Plaintiffs