1  H. TIM HOFFMAN (049141)
   hth@hoffmanandlazear.com
2  ARTHUR W. LAZEAR (083603)
   awl@hoffmanandlazear.com
3  MORGAN M. MACK (212659)
   mmm@hoffmanandlazear.com
4  **HOFFMAN & LAZEAR**
   180 Grand Avenue, Suite 1550
5  Oakland, California 94612
   Telephone: (510) 763-5700
6  Facsimile: (510) 835-1311

7  Attorneys for Plaintiffs

8

9
                    UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12
   RONALD KRZYZANOWSKI and        )  Case No. C 07-05362 (SBA)
13 ILEANA KRZYZANOWSKI,           )
   individually and on behalf of all others )
14 similarly situated,            )  **CERTIFICATE OF SERVICE**
                                  )
15            Plaintiffs,         )
                                  )
16 vs.                            )
                                  )
17 ORKIN EXTERMINATING COMPANY,)
   INC.; ROLLINS, INC.            )
18                                )
              Defendants.         )
19 _____)

20
   I, Shola Ogunlana, declare:
21
        I am, and was at the time of the service mentioned in this declaration, over the age
22 of 18 years and am not a party to this cause. My business address is HOFFMAN &
   LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County,
23 California. On September 9, 2008, I served the following documents:

24      **NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES;**

25      **POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO
        COMPEL;**
26
        **DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL;**
27
   ✖    **BY MAIL**: By placing the document(s) listed above in a sealed envelope with
28      postage thereon fully prepaid, in the United States mail at Oakland, California

1    addressed as set forth below.

2  Daniel Gerber                                        Kara L. McCall
   Rumberger Kirk & Caldwell, P.A.                      Sidley Austin LLP
3  Lincoln Plaza, Suite 1400                            1 S. Dearborn Street
   200 South Orange Avenue                              Chicago, IL 60603
4  Orlando, FL 32802                                    312-853-7000

5  Michael W. Davis
   Sidley & Austin
6  1 S. Dearborn Street
   Chicago, IL 60603
7  312-853-7000

8    EMAIL: By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

10   BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

12   FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✖   **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No.  C 07-05362 (SBA):

**Mark Lemar Eisenhut**     meisenhut@calljensen.com
**Theodore Robert Scarborough , Jr**     tscarborough@sidley.com, efilingnotice@sidley.com
**Douglas B. Brown**     dbrown@rumberger.com
**Daniel M Bradley**     dbradley@rpwb.com, jdombrowski@rpwb.com, tstrother@rpwb.com
**Thomas Franklin Campbell**     tcampbell@campbelllitigation.com, liz@campbelllitigation.com
**Melinda Evans**     mevans@calljensen.com
**Christian H. Hartley**     chartley@rpwb.com
**H. Tim Hoffman**     hth@hoffmanandlazear.com
**Arthur William Lazear**     awl@hoffmanandlazear.com
**Matthew Ryan Orr**     morr@calljensen.com, jsohn@calljensen.com
**Morgan M. Mack**     mmm@hoffmanandlazear.com
**Mathew D. Hamrick**     mhamrick@rpwb.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 9, 2008                    /s/ Shola Ogunlana

                                            Shola Ogunlana, Paralegal