IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYZANOWSKY, et al., | No. C-07-05362 SBA (EDL) |
|     Plaintiffs, | **ORDER RE: VIOLATIONS OF CIVIL LOCAL RULES** |
|   v. | |
| ORKIN EXTERMINATING COMPANY, INC., et al., | |
|     Defendants.              / | |

On September 10, 2008, Plaintiffs filed their Amended Motion to Compel, which is 62 pages long including the caption page. Under the Court's Civil Local Rules, opening briefs may not exceed 25 pages. See Civil L.R. 7-4. Although the violation of the page limit justifies striking some or all of Plaintiffs' Amended Motion, the Court declines to do so in this instance because this is Plaintiffs' first violation and because striking the motion would only delay this matter in which the discovery cutoff is approaching on November 28, 2008. The Court also notes that Plaintiffs failed to lodge courtesy copies of their filings with the Court as required by General Order 45(VI)(G). The parties are warned that further violations of the Court's Local Rules or General Orders may result in sanctions including striking improperly filed briefs.

**IT IS SO ORDERED.**

Dated: September 17, 2008

                                                            ELIZABETH D. LAPORTE
                                                            United States Magistrate Judge