Mark L. Eisenhut, Bar No. 185039
Matthew R. Orr, Bar No. 211097
CALL, JENSEN & FERRELL
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel.: (949) 717-3000
Fax: (949) 717-3100
meisenhut@calljensen.com
morr@calljensen.com

Of Counsel:

Michael W. Davis, Esq.
T. Robert Scarborough, Esq.
Kara L. McCall, Esq.
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, IL 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
tscarborough@sidley.com
kmccall@sidley.com

Douglas B. Brown, Esq.
Daniel Gerber, Esq.
RUMBERGER, KIRK & CALDWELL, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, Florida 32802-1873
Tel.: (407) 872-7300
Fax: (407) 841-2133
dbrown@rumberger.com
dgerber@rumberger.com

Attorneys for Defendants Orkin Exterminating Company, Inc., n/k/a/ Orkin, Inc., and Rollins, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KRZYZANOWSKY AND ILEANA KRYZANOWSKY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs, | Case No. C07-05362 SBA<br><br>[PROPOSED] ORDER RE STIPULATION TO AMEND BRIEFING SCHEDULE ON ORKIN EXTERMINATING COMPANY, INC. |

ORK01-02:433487_1:11-24-08 - 1 - C07-05362 SBA

[PROPOSED] ORDER RE STIPULATION TO AMEND BRIEFING SCHEDULE ON ORKIN EXTERMINATING COMPANY, INC. AND ROLLINS, INC.'S MOTION REGARDING STANDING

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

| | |
|---|---|
| vs.<br><br>ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.<br><br>Defendants. | AND ROLLINS, INC.'S MOTION REGARDING STANDING<br><br>Complaint Filed: October 19, 2007<br>Trial Date: None Set |

Having considered the Stipulation of the parties,

**IT IS HEREBY ORDERED** that the current briefing schedule for Defendants' motion addressing Plaintiffs' standing be vacated and the following briefing schedule is hereby adopted by this Court:

December 2, 2008 – Defendant's Motion
December 16, 2008 – Plaintiffs' Opposition
December 23, 2008 – Defendant's Reply
January 20, 2009 – Court's Decision

Dated: 12/8/08

*[signature]*
Armstrong, Judge Saundra B.

ORK01-02:433487_1:11-24-08 — - 2 - — C07-05362 SBA
[PROPOSED] ORDER RE STIPULATION TO AMEND BRIEFING SCHEDULE ON ORKIN EXTERMINATING COMPANY, INC. AND ROLLINS, INC.'S MOTION REGARDING STANDING

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

# CERTIFICATE OF SERVICE
(United States District Court)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On November 24, 2008, I have served the foregoing document described as **[PROPOSED] ORDER RE STIPULATION TO AMEND BRIEFING SCHEDULE ON ORKIN EXTERMINATING COMPANY, INC. AND ROLLINS, INC.'S MOTION REGARDING STANDING** on the following person(s) in the manner(s) indicated below:

**SEE ATTACHED SERVICE LIST**

[ X ]  (BY ELECTRONIC SERVICE)  I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

[ ]  (BY MAIL)  I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ]  (BY OVERNIGHT SERVICE)  I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by the overnight service provider the same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by the overnight service provider with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by the overnight service provider at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

[ ]  (BY FACSIMILE TRANSMISSION)  On this date, at the time indicated on the transmittal sheet, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

[ ]  (BY E-MAIL)  I transmitted the foregoing document(s) by e-mail to the addressee(s) at the e-mail address(s) indicated.

[ X ]  (FEDERAL)  I declare that I am a member of the Bar and a registered Filing User for this District of the United States District Court.

[ ]  (FEDERAL)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on November 24, 2008, at Newport Beach, California.

                                               _s/Matthew R. Orr_
                                               Matthew R. Orr

# SERVICE LIST

| | |
|---|---|
| H. Tim Hoffman, Esq.<br>Arthur W. Lazear, Esq.<br>Morgan M. Mack, Esq.<br>Hoffman & Lazear<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612<br>T: (510) 763-5700<br>F: (510) 835-1311 | **Attorneys for Plaintiffs** |
| Christian Hartley, Esq.<br>Daniel M. Bradley, Esq.<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>174 E. Bay Street<br>Charleston, SC 29401<br>T: (843) 727-6564 | **Attorneys for Plaintiffs** |
| Thomas F. Campbell, Esq.<br>Campbell Law, P.C.<br>100 Concourse Parkway, Suite 115<br>Birmingham, AL 35244<br>T: (205) 278-6650 | **Attorneys for Plaintiffs** |
| Douglas B. Brown, Esq.<br>Daniel Gerber, Esq.<br>Rumberger, Kirk & Caldwell, P.A.<br>Lincoln Plaza, Suite 1400<br>300 South Orange Ave.<br>Orlando, FL 32802-1873<br>T: (407) 872-7300<br>F: (407) 841-2133 | **Attorneys for Defendants** |
| Michael W. Davis, Esq.<br>Theodore R. Scarborough, Esq.<br>Kara L. McCall, Esq.<br>SIDLEY AUSTIN LLP<br>1 S. Dearborn Street<br>Chicago, IL 60603<br>Tel.: (312) 853-7000<br>Fax: (312) 853-7036 | **Attorneys for Defendants** |