UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RONALD KRZYZANOWSKY, et al., | No. C07-5362 SBA (BZ) |
| Plaintiff(s), | **ORDER RE OVERDUE PAPERS** |
| v. | |
| ORKIN EXTERMINATING CO., et al., | |
| Defendant(s). | |

TO:  Plaintiff(s) and Defendant(s) and their attorney(s) of record:

On March 18, 2008, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for February 17, 2009.  Your statement was due February 10, 2009.  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the of noon tomorrow, plaintiff(s) and defendant(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: February 12, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

1