Mark L. Eisenhut, Bar No. 185039
Matthew R. Orr, Bar No. 211097
CALL, JENSEN & FERRELL
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel.:  (949) 717-3000
Fax:  (949) 717-3100
meisenhut@calljensen.com
morr@calljensen.com

Of Counsel:

Michael W. Davis, Esq.
Theodore R. Scarborough, Esq.
Kara L. McCall, Esq.
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, IL  60603
Tel.:  (312) 853-7000
Fax:  (312) 853-7036
tscarborough@sidley.com
kmccall@sidley.com

Douglas B. Brown, Esq.
Daniel Gerber, Esq.
RUMBERGER, KIRK & CALDWELL, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, Florida  32802-1873
Tel.:  (407) 872-7300
Fax:  (407) 841-2133
dbrown@rumberger.com
dgerber@rumberger.com

Attorneys for Defendants Orkin, Inc. (f/k/a Orkin Exterminating Co., Inc.), and Rollins, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD KRZYZANOWSKY AND ILEANA KRZYZANOWSKY, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs, | Case No.  C07-05362 SBA<br><br>**JOINT STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE FOR FIRST AMENDED COMPLAINT AND ORDER THEREON** |

vs.

ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.,

   Defendants.

Plaintiffs Ronald and Ileana Kryzanowsky ("Plaintiffs") and Defendants Orkin Exterminating Company, Inc. and Rollins, Inc. ("Defendants" and, together with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate, and request the Court to order, as follows:

**WHEREAS** the First Amended Complaint in this matter was filed by Plaintiffs on March 16, 2009;

**WHEREAS** Defendants have met and conferred with Plaintiffs regarding various portions of the First Amended Complaint that Defendants believe should be stricken and/or dismissed;

**WHEREAS** Plaintiffs have agreed to prepare a Second Amended Complaint and present it to Defendants for their consideration;

**WHEREAS** the Parties mutually agree, and request that the Court order, that Defendants need not respond to the First Amended Complaint, or file any motions addressing such First Amended Complaint, until April 15, 2009 (which deadline may become moot if a Second Amended Complaint is filed).

**IT IS SO STIPULATED**:

Dated:  April 6, 2009

HOFFMAN & LAZEAR
H. Tim Hoffman
Arthur W. Lazear
Morgan M. Mack

By: s/ H. Tim Hoffman
H. Tim Hoffman

Attorneys for Plaintiffs Ronald and Ileana Krzyzanowsky

Dated:  April 6, 2009

CALL, JENSEN & FERRELL
A Professional Corporation
Mark L. Eisenhut
Matthew R. Orr

By: s/ Matthew R. Orr
Matthew R. Orr

Attorneys for Defendant Orkin Exterminating Company, Inc. (n/k/a Orkin, Inc.) and Rollins, Inc.

## ORDER

The Court, having fully considered the parties' Stipulation and reasoning therefore, hereby orders that:

The deadline for Defendants to respond to the First Amended Complaint, and/or to file any motions addressing such First Amended Complaint, is extended until April 15, 2009

IT IS SO ORDERED.

DATED: 4/3/09

_____
HON. SANDRA B. ARMSTRONG
U.S. District Court Judge