Mark L. Eisenhut, Bar No. 185039
Matthew R. Orr, Bar No. 211097
CALL, JENSEN & FERRELL
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel.:  (949) 717-3000
Fax:  (949) 717-3100
meisenhut@calljensen.com
morr@calljensen.com

Michael W. Davis, Esq.
T. Robert Scarborough, Esq.
Kara L. McCall, Esq.
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, IL  60603
Tel.:  (312) 853-7000
Fax:  (312) 853-7036
tscarborough@sidley.com
kmccall@sidley.com

Douglas B. Brown, Bar No. 242527
Daniel Gerber, Bar No.
RUMBERGER, KIRK & CALDWELL, P.A.
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Orlando, Florida  32802-1873
Tel.:  (407) 872-7300
Fax:  (407) 841-2133
dbrown@rumberger.com
dgerber@rumberger.com

Attorneys for Defendants Orkin, Inc.
(f/k/a Orkin Exterminating Company, Inc.)
and Rollins, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD KRZYZANOWSKI AND ILEANA KRZYZANOWSKI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORKIN EXTERMINATING COMPANY, | Case No.  C07-05362 SBA<br><br>**JOINT STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE FOR FIRST AMENDED COMPLAINT AND  ORDER THEREON** |

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

:Joint Stip on extending deadline.DOC:4-20-09                                    - 1 -                                    C07-05362 SBA
JOINT STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE FOR FIRST AMENDED COMPLAINT

1 | INC.; ROLLINS, INC.
2 |    Defendants.

6 Plaintiffs Ronald and Ileana Kryzanowski ("Plaintiffs") and Defendants Orkin
7 Exterminating Company, Inc. and Rollins, Inc. ("Defendants" and, together with
8 Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby
9 stipulate, and request the Court to order, as follows:

11 **WHEREAS** the First Amended Complaint in this matter was filed by Plaintiffs
12 on March 16, 2009;

14 **WHEREAS** Defendants have met and conferred with Plaintiffs regarding
15 various portions of the First Amended Complaint that Defendants believe should be
16 stricken and/or dismissed;

18 **WHEREAS** Plaintiffs agreed to prepare a Second Amended Complaint and
19 present it to Defendants for their consideration;

21 **WHEREAS** the Parties filed a Joint Stipulation on April 2, 2009, requesting that
22 the Court order that Defendants need not respond to the First Amended Complaint, or
23 file any motions addressing such First Amended Complaint, until April 15, 2009;

25 **WHEREAS** the Court entered an order in accordance with the Joint Stipulation
26 on April 6, 2009;

27 / / /
28 / / /

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

:Joint Stip on extending deadline.DOC:4-20-09   - 2 -   C07-05362 SBA
JOINT STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE FOR FIRST AMENDED COMPLAINT

1   **WHEREAS** the Parties need more time to finish their meet and confer efforts on
2   Plaintiffs' Proposed Second Amended Complaint, and the Parties mutually agree, and
3   request that the Court order, that Defendants need not respond to the First Amended
4   Complaint, or file any motions addressing such First Amended Complaint, until April
5   20, 2009 (which deadline would become moot when Plaintiffs' Second Amended
6   Complaint is filed).

    **IT IS SO STIPULATED**:

10  Dated:  April 15, 2009                      CAMPBELL LAW
                                                Thomas F. Campbell
11                                              D. K. McGowin

13                                              By:/s/ D. K. McGowin
                                                D. K. McGowin

                                                Attorneys for Plaintiffs Ronald and Ileana
                                                Krzyzanowski

17  Dated:  April 15, 2009                      CALL, JENSEN & FERRELL
                                                A Professional Corporation
18                                              Mark L. Eisenhut
19                                              Matthew R. Orr

21                                              By: /s/ Mark L. Eisenhut
                                                     Mark L. Eisenhut

23                                              Attorneys for Defendants Orkin, Inc. (f/k/a Orkin
                                                Exterminating Co., Inc.) and Rollins, Inc.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

:Joint Stip on extending deadline.DOC:4-20-09        - 3 -                        C07-05362 SBA
JOINT STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE FOR FIRST AMENDED COMPLAINT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KRZYZANOWSKI AND ILEANA KRZYZANOWSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.<br><br>Defendants. | Case No. 3:07-cv-05362-SBA (EDL)<br><br>**ORDER ON JOINT STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

The Court having fully considered the Joint Stipulation For Extension to Respond to Plaintiffs' First Amended Complaint, hereby Orders that: Defendants shall have until April 20, 2009 to respond to Plaintiffs' First Amended Complaint. Should Plaintiffs file a Second Amended Complaint on or before April 20, 2009, Defendants would not be required to respond to the First Amended Complaint.

Dated: 4/17/09

_____
HON. SANDRA B. ARMSTRONG
U.S. District Court Judge

CH1 4651312v.1

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

:Joint Stip on extending deadline.DOC:4-20-09        - 4 -        C07-05362 SBA
JOINT STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE FOR FIRST AMENDED COMPLAINT