# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KRZYZANOWSKI AND ILEANA KRZYZANOWSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.<br><br>Defendants. | Case No. 3:07-cv-05362-SBA (EDL)<br><br>**ORDER ON JOINT STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE FOR THIRD AMENDED COMPLAINT** |

Having considered the parties' Joint Stipulation Regarding Pleading Deadline for Third Amended Complaint, this Court orders as follows:

1) The Third Amended Complaint is deemed filed on May 15, 2009, without the necessity of filing of a motion for leave to amend;

2) The addition of a new plaintiff in the Third Amended Complaint does not require any changes in the current schedule;

3) Defendants' Motion to Dismiss Count IV and Motion for Summary Judgment on Count V of Plaintiffs' Second Amended Complaint (Doc. 150, 151) is mooted by Plaintiffs' filing of a Third Amended Complaint;

4) Defendants will respond to the Third Amended Complaint on or before June 9, 2009;

1   5)   Plaintiffs will respond to any motion directed at the Third Amended
2   Complaint by June 18, 2009;

4   6)   Defendants will file any reply in support of any motion directed at
5   the Third Amended Complaint by June 25, 2009.

7   Dated: 6/5/09

_____
HON. SANDRA B. ARMSTRONG
U.S. District Court Judge

12   CH1 4710213v.1