UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONALD KRZYZANOWSKI AND ILEANA KRZYZANOWSKI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ORKIN EXTERMINATING COMPANY, INC.; ROLLINS, INC.,<br><br>Defendants. | Case No:  C 07-05362  SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified of the settlement of this action (Docket 200), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be scheduled, provided that such motion within 60 days of the date this order is filed.  All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: December 24, 2009

                                                                                       _____
                                                                                       SAUNDRA BROWN ARMSTRONG
                                                                                       United States District Judge